```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                       HARRISON DIVISION
```

JODIE RIGGS d/b/a
THE SILVER SADDLE                                          PLAINTIFF

      v.             Civil No. 08-03058

VALLEY FORGE INSURANCE
COMPANY, INC.                                              DEFENDANT

<u>**JUDGMENT**</u>

NOW on this 28th day of September 2009, in the above-referenced matter, comes on for this Court's consideration the **Motion for Summary Judgment as to Plaintiff's Violation of the Insurance Policy's Suit Limitations Provisions** (document #25) and **Motion for Summary Judgment as to Plaintiff's Claims for Bad Faith** (document #32) filed by Defendant Valley Forge Insurance Company, Inc. (hereinafter "Defendant"), and the responses thereto of Plaintiff Jodie Riggs d/b/a/ The Silver Saddle (hereinafter "Plaintiff"), and for the reasons set forth in the Court's Order of this date, the Court finds and orders as follows:

\* that Defendant's **Motion for Summary Judgment as to Plaintiff's Violation of the Insurance Policy's Suit Limitations Provisions** (document #25) should be, and it hereby is, **granted** as to Plaintiff's breach of contract and statutory bad faith claims.

* that Defendant's **Motion for Summary Judgment as to Plaintiff's Claims for Bad Faith** (document #32) should be, and it hereby is, **granted** as to Plaintiff's remaining common law bad faith claim.

* that Plaintiff's complaint against Defendant should be dismissed in its entirety and the claims set forth therein should be **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                            **/s/ Jimm Larry Hendren**
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**